```
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
─────────────────────────────────────────X       For Online Publication Only
LINDA KOSO,

                        Plaintiff,

        -against-                                 **ORDER**
                                                  18-CV-0290 (JMA) (AYS)
ST. JOSEPH'S SENIOR HOUSING VILLAGE,
(Angela), and STANAN MANAGEMENT,

                        Defendants.
─────────────────────────────────────────X
```

**AZRACK, United States District Judge:**

On August 14, 2019, this Court entered a Memorandum and Order granting Defendants' motions to dismiss and dismissing Plaintiff's Amended Complaint in its entirety. (ECF No. 56.) Plaintiff was granted thirty (30) days to file a second amended complaint and cautioned that failure to timely comply would lead to the dismissal of this action with prejudice. (Id. at 5.) More than thirty days have passed. To date, Plaintiff has failed to file a second amended complaint or otherwise communicate with the Court. Accordingly, Plaintiff's claims are dismissed with prejudice and this action will be marked as closed.

The Court certifies pursuant to 28 U.S.C. § 1915(a)(3) that any appeal from this order, or the August 14, 2019 Memorandum and Order would not be taken in good faith and therefore in forma pauperis status is denied. See Coppedge v. United States, 369 U.S. 438, 444–45 (1962).

The Clerk of Court is directed to mail a copy of this order to the pro se Plaintiff and to close this case.

**SO ORDERED.**
Dated: September 30, 2019
Central Islip, New York

                                        /s/ (JMA)
                                        JOAN M. AZRACK
                                        UNITED STATES DISTRICT JUDGE